# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joneka Darcell Love,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                          3:06-cv-341-1-MU

Gaston County Sheriff,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2006 Order.

**Signed: August 14, 2006**

Frank G. Johns, Clerk
United States District Court